UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Sylvia Anderson,<br><br>Plaintiff,<br><br>v.<br><br>James D'Auguste et al.,<br><br>Defendants. | CASE NO. 2:26-cv-02132-JHC<br><br>ORDER |

This matter comes before the Court sua sponte. Plaintiff filed an application to proceed *in forma pauperis* (IFP) on June 8, 2026. Dkt. # 1. On June 18, the Court sent notice of filing deficiencies to Plaintiff. Dkt. # 2. The notice identified two such deficiencies—"Incorrect IFP Submitted" and "Civil Cover Sheet Omitted"—and informed Plaintiff that the deficiencies must be corrected by July 20, 2026. *Id.* Plaintiff has not filed a corrected IFP application or otherwise addressed these deficiencies. *See generally* Dkt. Thus, Plaintiff's case is DISMISSED without prejudice.

//

//

//

Dated this 8th day of October, 2026.

John H. Chun
United States District Judge